**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GREGORY SCHOFIELD,**

**Plaintiff,**

**v.**

**RS RECOVERY & AUTO SALES LLC,**
***et al.*,**

**Defendants.**

**Case Number 2:26-cv-503**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on Plaintiff Gregory Schofield's Unopposed Motion to Substitute Party. (ECF No. 19.) Plaintiff moves to substitute a new defendant, RS Recovery, LLC, in place of existing Defendant, RS Recovery & Auto Sales, LLC, under Federal Rule of Civil Procedure 21. (*Id.*) He states he was informed by counsel that RS Recovery, LLC is the entity that repossessed his vehicle and all parties agree that it should be substituted for RS Recovery & Auto Sales, LLC. (*Id.*)

Federal Rule of Civil Procedure 21 allows a court to "at any time, on just terms, add or drop a party." Accordingly, for good cause shown, (ECF No. 19) Plaintiff Gregory Schofield's Unopposed Motion to Substitute Party is **GRANTED**. Plaintiff is **ORDERED** to refile his Complaint on the docket naming RS Recovery, LLC as a Defendant. The Clerk is **DIRECTED** to replace Defendant RS Recovery & Auto Sales, LLC on the docket with RS Recovery, LLC.

This case remains open.

**IT IS SO ORDERED.**

**8/12/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**