**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GREGORY SCHOFIELD,**

**Plaintiff,**

**v.**

**Case No. 2:26-cv-503**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**RS RECOVERY & AUTO SALES LLC, *et al.*,**

**Defendants.**

# ORDER

This matter is before the Court on the parties' Unopposed Motion to Stay. (ECF No. 27.) Plaintiff Gregory Schofield and Defendants Credit Acceptance Corporation, RS Recovery LLC, and Richard Seymour move the Court for an order staying this case, stipulating that all claims asserted in this action will be arbitrated pursuant to the Arbitration Agreement contained within the Retail Installment Sales Contract and that all parties have agreed to be bound by the Arbitration Agreement.[1]

The Court **GRANTS** (ECF No. 27) the parties' Unopposed Motion to Stay. All proceedings in this case are **STAYED** pending arbitration. The parties must file a status update with the Court within 14 days of the completion of arbitration. The Court also **DENIES as moot** (ECF No. 9) Defendant Credit Acceptance Corporation's Motion to Compel Arbitration and Stay Case.

**IT IS SO ORDERED.**

**11/16/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

[1] Defendant RS Recovery & Auto Sales, LLC was terminated from this case in August 2026 when Plaintiff substituted a new defendant, RS Recovery, LLC. (ECF No. 20.)